IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ZULLY ROQUE and
PEDRO ROQUE,

    Plaintiffs,

v.                                                                                                                      Civ. No. 24-1233 MLG/SCY

SAEL ANTONIO ORTEGA VALDEZ;
JESUS MORA MONTOYA; and
WORLD TRANSPORTATION, LLC,

    Defendants.

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before me sua sponte regarding service on Defendant Sael Antonio Ortega Valdez. Plaintiffs filed their complaint in state court on September 17, 2024 and their amended complaint on November 11, 2024. Docs. 1-1, 1-2. Defendants Jesus Mora Montoya and World Transportation, LLC removed the case to federal court on December 6, 2024. Doc. 1. On March 10, 2025, the Court entered an Order to Show Cause, noting that Plaintiffs had not served Defendant Sael Antonio Ortega Valdez within the 90-day deadline set by Rule 4(m). Doc. 20. As such, the Court ordered Plaintiffs to either effect service or provide an explanation showing good cause why service had not been made. *Id.* In response, Plaintiffs explained that they had limited information as to Valdez's location and requested more time to attempt service. Doc. 24. The Court quashed the Order to Show Cause and extended the service deadline to June 30, 2025. Doc. 26.

On May 9, 2025, Plaintiffs filed a motion for service by publication, explaining that they attempted personal service on Defendant Valdez at the residence of his former employer, Defendant Montoya, but were unable to complete service. Doc. 29. As such, they requested leave

to serve Valdez by publication. *Id.* The Court denied the motion without prejudice, finding that Plaintiffs failed to demonstrate that service could not be made by a method other than publication. Doc. 30. By the June 30, 2025 service deadline, Plaintiffs had neither served Valdez nor filed a renewed motion for service by publication. As such, the Court entered a second Order to Show Cause, requiring Plaintiffs to: (1) effect service, (2) provide the Court with a written explanation showing good cause why service has not been made, or (3) if Defendant Valdez needs to be served in a foreign country, such that the Rule 4(m) deadline does not apply, file a response indicating their plan for service. Doc. 33. In response, Plaintiffs requested additional time for service, explaining that they needed more time to conduct discovery as to Valdez's whereabouts. Doc. 34. The Court quashed the Order to Show Cause and extended the service deadline to October 14, 2025. Doc. 35. The deadline has now expired and Plaintiffs have neither served Valdez, requested a further extension of the service deadline, nor explained their plan for service.

Accordingly, I recommend that the Court dismiss without prejudice Defendant Sael Antonio Ortega Valdez for failure to serve. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").[1]

_____
Steven C. Yarbrough
United States Magistrate Judge

---

[1] There is some indication in the record that Valdez may be in Mexico. *See* Doc. 30. To the extent Valdez must be served in Mexico, the 90-day deadline does not apply. *See* Fed. R. Civ. P 4(m). If that is the case here, I still recommend the Court dismiss without prejudice Valdez given Plaintiffs' failure to meet the Court-imposed deadline for service or for explaining their plan for service under Rule 4(f). *See* Doc 33; Fed. R. Civ. 16(f)(1)(C).

**THE PARTIES ARE FURTHER NOTIFIED THAT WITHIN 14 DAYS OF SERVICE** of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636(b)(1). A party must file any objections with the Clerk of the District Court within the fourteen-day period if that party wants to have appellate review of the proposed findings and recommended disposition. If no objections are filed, no appellate review will be allowed.